IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02203-PAB-BNB

LARA COWGER,

Plaintiff,

v.

COVENANT TRANSPORT, INC., and
CORRAY TAYLOR,

Defendants.

---

### MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order** [docket no. 28, filed January 21, 2015] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.  The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 16, 2015**.  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 16, 2015**.


DATED:  January 21, 2015