**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02203-PAB-NYW

LARA COWGER,

Plaintiff,

v.

COVENANT TRANSPORT, INC.,
CORRAY TAYLOR,

Defendant.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff Lara Cowger's (also "Plaintiff") Second Stipulated Motion to Amend Scheduling Conference [# 33], filed March 10, 2015 (the "Motion"). Pursuant to the the Order referring case [#15], dated August 18, 2015, and the Memorandum [#34] dated March 10, 2015, the Motion is before this Magistrate Judge.

    IT IS ORDERED that Plaintiff's Motion is GRANTED as follows:

(1) The parties' opening expert disclosures pursuant to Fed. R. Civ. P. 26(a) are to be made and served on opposing counsel no later than April 3, 2015;
(2) The parties' rebuttal expert disclosures Fed. R. Civ. P. 26(a) are to be made and served on opposing counsel on or before April 23, 2015;
(3) The fact discovery cut-off date shall remain April 15, 2015;
(4) The expert discovery cut-off date shall be re-set to May 8, 2015.

March 16, 2015.