**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02203-PAB-NYW

LARA COWGER,

Plaintiff,
v.

COVENANT TRANSPORT, INC.,
CORRAY TAYLOR,

Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

      This matter is before the court on the Parties' Stipulations Regarding Expert Disclosures and Fact Discovery [#36-37] (the "Stipulations").  Pursuant to the Order Referring Case [#15] dated August 18, 2015, the Reassignment [#31] dated February 10, 2015, and the Memorandum [#38] dated May 8, 2015, the Stipulations are before this Magistrate Judge.

      In light of the Stipulations, the court advises counsel for the Parties that stipulations to extend time, including with respect to discovery, are not permitted pursuant to Local Rule except with respect to the exceptions enumerated in D.C.COLO.LCivR 6.1.  Parties are instead required to file a motion seeking such relief from the court.  D.C.COLO.LCivR 6.1.  Under presiding Judge Brimmer's Practice Standards, such a motion requires a showing of "good cause," and "agreement of counsel, inconvenience to counsel or to the parties; the press of business; conflicts in scheduling; or practice as a sole practitioner" does not constitute "good cause."  Practice Standards I.(G).

DATED May 11, 2015.